**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge David L. West**

**Criminal Case No. 16-CR-00066-DLW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

vs.

**1.  EMMERY WHITESKUNK,**

**Defendant.**

---

**AMENDED ORDER RE: DEFENDANT'S UNOPPOSED MOTION TO EXCLUDE 120 DAYS FROM SPEEDY TRIAL ACT [Doc. #21]**

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

**IT IS HEREBY ORDERED** that the Order Re: Defendant's Unopposed Motion to Exclude 120 Days from Speedy Trial Act [Doc. #23] is hereby AMENDED as to Page 6, paragraph 2 of the Ordered portion to read as follows:

"(2) **All days from March 21, 2016, to and including July 21, 2016 shall be excluded from the Speedy Trial Clock;**"

**IT IS FURTHER ORDERED** all other portions of the Order shall remain as originally entered.

**DATED: March 22, 2016.**

                BY THE COURT:

                s/David L. West
                **United States Magistrate Judge**